# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILTON BURTON,<br><br>               Plaintiff,<br><br>   v.<br><br>KEN CLARK, et al.,<br><br>              Defendants.<br>_____ / | CASE NO.: 1:09-cv-00061-DLB PC<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>(Doc. 7) |

Plaintiff Eric Wilton Burton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. §§ 2000cc, *et seq.*.

Plaintiff filed his first amended complaint on May 1, 2009. The Court screened Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief against defendant Ken Clark for violation of the Free Exercise Clause of the First Amendment and RLUIPA.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant

      KEN CLARK

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed May 1, 2009.

---

[1] By separate order, the Court dismissed Plaintiff's other claims and defendants Huerta, S. Sherman, and K. Allison for failure to state a claim upon which relief may be granted.

1

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for the defendant listed above; and

    c. Two (2) copies of the endorsed first amended complaint filed May 1, 2009.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   October 7, 2009           /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE