IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WILTON BURTON, | 1:09-cv-00061-DLB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| KEN CLARK, et al, | ( ECF No. 59) |
| Defendants. | |

On February 17, 2012, Plaintiff filed a motion seeking the appointment of counsel.  On February 23, 2012, Defendant filed an opposition.  Doc. 60.  On March 6, 2012, Plaintiff filed his reply.  The matter is submitted pursuant to Local Rule 230(l).

Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989).  However, in certain exceptional circumstances the Court may request the voluntary assistance of counsel pursuant to section 1915(e)(1).  *Rand*, 113 F.3d at 1525.

Without a reasonable method of securing and compensating counsel, the Court will seek volunteer counsel only in the most serious and exceptional cases.  In determining whether "exceptional circumstances exist, the district court  must evaluate both the likelihood of success

1  of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the
2  complexity of the legal issues involved." *Id.* (internal quotation marks and citations omitted).
3       In the present case, the Court does not find the required exceptional circumstances.
4  Plaintiff contends that he has vision problems which impair his ability to litigate this action.
5  Defendant presents evidence, however, that Plaintiff is fully capable of reading and writing even
6  with his alleged poor eyesight.  Even if it is assumed that Plaintiff is not well versed in the law
7  and that he has made serious allegations which, if proved, would entitle him to relief, his case is
8  not exceptional.  This Court is faced with similar cases almost daily.  Further, based on a review
9  of the record in this case, the Court does not find that Plaintiff cannot adequately articulate his
10 claims. *Id.*
11      For the foregoing reasons, Plaintiff's motion for the appointment of counsel is HEREBY
12 DENIED, without prejudice.
13      IT IS SO ORDERED.
14   Dated:   **July 12, 2012**                    **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE